# PD-0527&0528-16

PDR NO. _14-14-0398-CR_
_14-14-0397-CR_

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 13 2016

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

_Ceasar Lakendrick Russi_ , Appellant

VS.

ON APPEAL FROM THE _Fourteenth District Court of Appeals_
OF _Harris_ COUNTY, TEXAS

AND ON DISCRETIONARY REVIEW
FROM THE _178th Judicial District Court_ AT
_Harris County_

FILED IN
COURT OF CRIMINAL APPEALS

MAY 13 2016

Abel Acosta, Clerk

## APPELLANT'S _PRO SE_ MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

_TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:_

COMES NOW _Ceasar Lakendrick Russi_, _pro se_ Appellant in the above-styled and numbered cause, and files this his Motion to Extend Time to File a Petition for Discretionary Review ("PDR") and in support thereof would show this Court the following:

### I.

Appellant was convicted of _Aggravated Robbery w/ Deadly Weapon_ in cause number _1307885010/0_ and punishment was assessed at _60 Concurrent_ years in prison. The _14th_ District Court of Appeals affirmed his conviction in case number _1307885_ on _April 12, 2016_ Appellant's petition is now due on or before _May 12, 2016_.

Appellant requests an additional sixty (60) day extension to prepare a _pro se_ PDR.

Although Appellant consulted with undersigned counsel on one occasion, he has not yet secured counsel in this matter.

## II.

Because good cause exists for the granting of this request, Appellant requests this Court grant his request for an additional sixty (60) days to prepare and file his PDR.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this Court extend the deadline to file his PDR until _July 12, 2016_ .


_May 10, 2016_
Date Signed

_Censon Lakendrick Russi_
Defendant/Appellant